NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SOUNDCLEAR TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

**v.**

**AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON WEB SERVICES, INC.,**
*Defendants-Appellees*

---

2025-1288

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:24-cv-01283-AJT-WBP, Judge Anthony J. Trenga.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of SoundClear Technologies LLC's unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42,

2        SOUNDCLEAR TECHNOLOGIES LLC v. AMAZON.COM, INC.

IT IS ORDERED THAT:

The motion is granted to the extent the appeal is dismissed.  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 5, 2025
        Date

ISSUED AS A MANDATE: February 5, 2025